UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------------------------x

Charles Yancey Boudreaux,

                Plaintiff,

-v.-

Pollack & Rosen P.A.,
Autovest Financial Services, LLC,

                Defendants.

Civil Action No:
3:22-cv-146

------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

    Notice is hereby given that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for this case during said sixty (60) day period.

DATED, this 11th day of March, 2022

                              */s/Justin E. Zeig*
                              Justin E. Zeig, Esq.
                              **Zeig Law Firm, LLC**
                              3475 Sheridan Street Suite 310
                              Hollywood, FL 33021
                              Phone: 754-217-3084
                              justin@zeiglawfirm.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 11, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Justin E. Zeig*
                                              Justin E. Zeig, Esq.