UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES YANCEY
BOUDREAUX,

    Plaintiff,

v.                        Case No. 3:22-cv-146-BJD-MCR

POLLAK & ROSEN P.A. and
AUTOVEST FINANCIAL
SERVICES, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. 9; Notice) filed by Plaintiff on May 4, 2022. In the Notice, Plaintiff states that he is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice.**
2. Each party shall bear its own costs and fees.
3. The Clerk of the Court is directed to close the file.

DONE and ORDERED in Jacksonville, Florida this 13th day of May, 2022.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record